IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SPICHAEL STALLINGS,

      Appellant,

v.

CITY OF PARKER, FLORIDA,
JONATHON HANSEN, DENNIS
HUTTO and AARON WILSON,
individually,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2497

Opinion filed November 14, 2014.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Spichael Stallings, pro se, Appellant.

Gwendolyn P. Adkins and Reid M. Wakefield of Coppins Monroe Adkins &
Dincman, P.A., Tallahassee, for Appellee City of Parker, Florida.

Timothy M. Warner and William G. Warner of The Warner Law Firm, P.A.,
Panama City, for Appellees Jonathon Hansen, Dennis Hutto, and Aaron Wilson.

PER CURIAM.

      AFFIRMED.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.